UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. -07-269 FCD |
| v. ) | |
| ) | |
| Julio Fatilua Muao ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum      () Ad Testificandum

Name of Detainee: **Julio Fatilua Muao**
Detained at (custodian):      **California State Prison Sacramento County**
                          **CDC**

Detainee is:    a.)    (X) charged in this district by: (X) Indictment ()Information () Complaint
                             charging detainee with: **18. § 922(g)(1), 26 § 5861(d), 18 § 931(a) & 21 § 844(a)**
          or    b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
          or    b.)    () be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Forthwith Appearance is necessary on December 20, 2007 at 2:00 p.m. before United States Magistrate Judge in the Eastern District of California for Arraignment.*

Signature:      /s/ RICHARD J. BENDER
Printed Name & Phone No:      Richard Bender (916) 554-2731
Attorney of Record for:      United States of America

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum      () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **on December 20, 2007** and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 11/29/07

                                                                 United States Magistrate Judge

Please provide the following, if known:

| | | |
|---|---|---|
| AKA(s) (if applicable): | Julio Fatilua Muao | Male |
| Booking or CDC #: | V-26788 | DOB: Unknown |
| Facility Address: | 100 Prison Road | Race Unknown |
| | Folsom, CA 95630 | |
| | | Reference# |
| Facility Phone: | 916-985-8610 | |
| Currently Incarcerated For: | | |

## RETURN OF SERVICE

Executed on _____      By: _____
                                                                                (Signature)