McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JULIO FATILUA MUAO,<br><br>        Defendant. | CASE NO. 2:07-cr-0269 FCD<br><br>**STIPULATION CONTINUING STATUS CONFERENCE AND EXCLUDING TIME; ORDER**<br><br>DATE: February 4, 2008<br>TIME: 10:00 a.m.<br>COURTROOM # 2 |

It is hereby agreed between counsel for the respective parties that the status conference scheduled for February 4, 2008, be continued to February 25, 2008, at 10:00 a.m. Counsel for the defendant needs time to review additional discovery that has recently come to light and to review a proposal to resolve the case.

It is also agreed that the time between February 4, 2008, and February 25, 2008, be excluded for purposes of calculations under the Speedy Trial Act, pursuant to local code T(4), to allow defense counsel sufficient time to prepare taking into account due diligence and the interests of the defendant and the public in a speedy trial.

Dated: January 31, 2008

                                    McGREGOR W. SCOTT
                                    U.S. Attorney

                    by    Richard J. Bender /s/
                          RICHARD J. BENDER
                          Assistant U.S. Attorney

STIPULATION CONTINUING STATUS CONFERENCE (cont.)

Dated: January 31, 2008

                                       _Richard J. Bender for_
                                       MARK J. REICHEL
                            Attorney for Julio Fatilua Muao

       IT IS SO ORDERED.

DATED: February 1, 2008

                          _/s/ Frank C. Damrell, Jr._
                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE